# EXHIBIT B

**citibank**
Citibank, N.A.

FC# 00037 FA# 021
006-03 Ck. Ser.#   113752082

DATE  10/26/15

PAY   ****TWENTY MILLION DOLLARS****   **$20,000,000.00**

TO THE ORDER OF   ****CLERK OF THE COURT, USDC, SDNY
MEMO: U.S. V NG 'LAP SENG 15 CR 706.(VSB)****

NAME OF REMITTER
ADDRESS   THE LAW FIRM OF HUGH H. MO. PC ATTORNEY ESCROW
Citibank, N.A. One Penn's Way
New Castle, DE 19720

Drawer: Citibank, N.A.
BY [signature]
AUTHORIZED SIGNATURE

⑈113752082⑈  ⦂031100209⦂   3876292411⦂

OFFICIAL CHECK
113752082

---

FOR YOUR PROTECTION SAVE THIS COPY

**citibank**
Citibank, N.A.

PAY   ****TWENTY MILLION DOLLARS****

TO THE ORDER OF   THE LAW FIRM OF HUGH H. MO. PC ATTORNEY ESCROW

NAME OF REMITTER
ADDRESS   Citibank, N.A. One Penn's Way
New Castle, DE 19720

OFFICIAL CHECK

SERVICE INSTRUCTIONS
PLEASE CONSULT A CITIBANK ASSOCIATE, OR YOUR CLIENT MANUAL FOR A DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

DATE  10/26/15

**$20,000,000.00**

113752082

**NON-NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

REMITTER COPY