# EXHIBIT C

**THE LAW FIRM OF HUGH H. MO, P.C.**
225 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10007
(212) 385-1500
FAX: (212) 385-1870 / EMAIL: hhmo8@verizon.net

November 1, 2015

Mr. Ng Lap Seng
240 East 47th Street, Apt. 2CD
New York, NY 10017

Re: U.S. v. Ng Lap Seng

Dear Mr. Ng:

    This letter when countersigned by you shall constitute a Supplemental Agreement ("Agreement") to the Retainer Agreement dated October 8, 2015, with respect to legal representation in a formal indictment that charges you with Conspiracy, Bribery and Money Laundering, and that this Agreement will relate only to fees to be paid to this Firm.

    Upon signing this Agreement, you agree to pay this Firm $2,000,000 (Two Million Dollars), for all legal services related to pre-trial proceedings, including but not limited to investigation, interviews of you and all prospective witnesses, meetings with the government prosecutors and co-counsel, all court appearances, discovery, motion practices, hearings and trial preparation. You agree to pay the total pre-trial fee in two installments: $1,000,000 upon signing of this Agreement and the balance of $1,000,000 on or before November 31, 2015.

    In the event that this case is not resolved prior to trial then an additional trial fee of $3,000,000 (Three Million Dollar) is to be paid in three installments: $1,000,000 within thirty (30) days from the scheduled date of trial, the second $1,000,000 thirty (30) days from the commencement of the trial, and the remaining $1,000,000 upon conclusion of the trial. The trial fee will include all services related to post-conviction services, including preparation of sentencing memorandum and sentencing hearing, but exclude services related to appeal of your conviction or sentence.

THE LAW FIRM OF HUGH H. MO, P.C.

Mr. Ng Lap Seng

November 1, 2015

Supplemental Agreement

Page -2-

    You have been advised that the fixed fee for pre-trial and trial has been set based on the time required, the degree of complexity of the case, the urgency of the matter, the necessity to decline other work and to devote substantial amount of time and resources to properly defend your case and the degree of expertise and experience in handling case of this nature. You are aware that the pre-trial fee of $2,000,000 is fully earned upon receipt of payment, regardless of the amount of hours and either the case is dismissed or resulted in a plea. When paid, the trial fee will be deemed to have been earned in full once the trial commences with the selection of a jury and opening statement by counsel, regardless of the actual length of the trial to verdict.

    It is understood that Hugh H. Mo will serve as co-counsel with Ben Brafman and both will personally participate all phases of the pre-trial, trial and post conviction proceedings, provided all fees are paid in full.

    If this Agreement fully sets forth your understanding of the terms of our engagement in this case, please sign this Agreement below.

    We thank you for your confidence and trust, and we will do our utmost to defend you in this case to the best of our ability.

Very truly yours,

Hugh H. Mo

CONSENT AND AGREED;

The foregoing Supplemental Agreement has been translated from English to Chinese, and I agreed with its term on the 1st day of November 2015.

Ng Lap Seng