# EXHIBIT E

# citibank

**THE LAW FIRM OF HUGH H. MO, P.C.**
Attorney Escrow

Account
Statement Period: Dec 1 - Dec 31, 2016

Page 7 of 8

CitiBusiness

001/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # 4979224640



Ck Date: 12/14/2016 Ck No: 1151 Amt: $600000.00