# EXHIBIT AA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

　　　　- v. -                    :   **ORDER CONCERNING BAIL FUNDS**

NG LAP SENG,                      :   S5 15 Cr. 706 (VSB)

　　　　　　Defendant.            :

- - - - - - - - - - - - - - - - X

　　　　WHEREAS, on or about October 26, 2015, Ng Lap Seng, a/k/a "David Ng," the defendant, through counsel, posted $20,000,000 (the "Bail Funds") in connection with satisfying the conditions of release pending trial in this matter, and the bulk of the Bail Funds remain on deposit with the Clerk of Court (receipt number 465401137538);

　　　　WHEREAS, on or about July 27, 2017, the defendant was convicted following a trial by jury on all counts in Superseding Indictment S5 15 Cr. 706 (VSB) (the "Superseding Indictment");

　　　　WHEREAS, on or about May 11, 2018, the defendant was fined $1,000,000, and was ordered to, among other things, pay (i) a $600 mandatory special assessment, and (ii) $302,977.20 in restitution to the United Nations;

　　　　WHEREAS, the Court ordered that the defendant pay interest on the restitution and fine, unless they were paid in full before the fifteenth date after the date of the judgment,

pursuant to 18 U.S.C. § 3612(f), and that the defendant satisfy the order of restitution within two months;

WHEREAS, the above sums remain unpaid;

WHEREAS, the Government has moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of these sums;

WHEREAS, the defendant through counsel, consents to the Government's motion, and has agreed to have any remaining Bail Funds returned to Kirkland & Ellis LLP;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall also transfer $1,303,577.20 in United States currency from the Bail Funds, plus applicable interest on $1,302,977.20, pursuant to 18 U.S.C. § 3612(f), in full satisfaction of the defendant's outstanding restitution, special assessment, and fine obligations.

2. The remainder of the Bail Funds (after transfer of $1,303,577.20, plus applicable interest, to satisfy the defendant's outstanding restitution, special assessment, and fine obligations), shall be released to an interest-bearing, segregated client account designated by Kirkland & Ellis LLP.

3. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States

Attorney Alexander Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007.

SO ORDERED:

_____  
HONORABLE VERNON S. BRODERICK  
United States District Judge

9/4/18  
DATE

3

| | | |
|---|---|---|
| | | Redaction Request due 9/14/2018. Redacted Transcript Deadline set for 9/24/2018. Release of Transcript Restriction set for 11/23/2018. (McGuirk, Kelly) (Entered: 08/24/2018) |
| 08/24/2018 | 854 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ng Lap Seng. Notice is hereby given that an official transcript of a Hearing proceeding held on 7/16/18 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 08/24/2018) |
| 08/29/2018 | 857 | LETTER MOTION addressed to Judge Vernon S. Broderick from Robert D. Balin dated 8/29/2018 re: Requesting Access to Materials Related to Identity of CC-3 (Representing Fairfax Media Limited and Australian Broadcasting Corporation) . Document filed by USA as to John W. Ashe, Francis Lorenzo, Ng Lap Seng, Jeff C. Yin, Shiwei Yan, Heidi Hong Piao. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Balin, Robert) (Entered: 08/29/2018) |
| 08/30/2018 | 858 | ORDER as to Ng Lap Seng. Accordingly, it is hereby ORDERED that the Government shall submit a letter detailing its position on the request of the Media Organizations on or before September 14, 2018. IT IS FURTHER ORDERED that if any other party has a position on the request of the Media Organizations, it shall also submit a letter detailing its position on or before September 14, 2018. (Signed by Judge Vernon S. Broderick on 8/30/18)(jw) (Entered: 08/30/2018) |
| 08/31/2018 | 859 | LETTER MOTION addressed to Judge Vernon S. Broderick from Janis Echenberg dated 8-31-18 re: 857 LETTER MOTION addressed to Judge Vernon S. Broderick from Robert D. Balin dated 8/29/2018 re: Requesting Access to Materials Related to Identity of CC-3 (Representing Fairfax Media Limited and Australian Broadcasting Corporation) . re: Extension of deadline to file response to Media motion . Document filed by USA as to John W. Ashe, Francis Lorenzo, Ng Lap Seng, Jeff C. Yin, Shiwei Yan, Heidi Hong Piao. (Echenberg, Janis) (Entered: 08/31/2018) |
| 09/04/2018 | 861 | APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 2044. MOTION GOVERNMENT'S APPLICATION FOR AN ORDER REGARDING PAYMENT OF PENALTIES WITH BAIL MONEY 28 U.S.C. § 2044. Document filed by USA as to Ng Lap Seng. (ap) (Entered: 09/04/2018) |
| 09/04/2018 | 862 | ORDER CONCERNING BAIL FUNDS as to (S5-15-Cr-706-03) Ng Lap Seng....[See this Order Concerning Bail Funds]... IT IS HEREBY ORDERED that: 1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall also transfer $1,303,577.20 in United States currency from the Bail Funds, plus applicable interest on $1,302,977.20, pursuant to 18 U.S.C. § 3612(f), in full satisfaction of the defendant's outstanding restitution, special assessment, and fine obligations. 2. The remainder of the Bail Funds (after transfer of $1,303,577.20, plus applicable interest, to satisfy the defendant' s outstanding restitution, special assessment, and fine obligations), shall be released to an interest-bearing, segregated client account designated by Kirkland & Ellis LLP. 3. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Alexander Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007. SO ORDERED: (Signed by Judge Vernon S. Broderick on 9/4/2018) [*** NOTE: The Clerk of the Court has forwarded three certified copies of this Order to AUSA Alexander Wilson, by interoffice mail on 9/4/2018. ***] (bw) (Entered: 09/04/2018) |
| 09/11/2018 | | ==CASH BAIL RETURNED as to Ng Lap Seng as per 862 Order, dated 9/4/2018, from Judge Vernon S. Broderick, in the amount of $17,196,422.80, Check No. 01901529, Check Dated 9/10/2018, payable to Kirkland & Ellis LLP. (cla) (Entered: 09/11/2018)== |
| 09/27/2018 | 863 | LETTER MOTION addressed to Judge Vernon S. Broderick from Assistant United States Attorney Daniel C. Richenthal dated September 27, 2018 re: Adjournment of Government Response to Letter Motion of News Organizations . Document filed by USA as to John W. Ashe, Francis Lorenzo, Ng Lap Seng, Jeff C. Yin, Shiwei Yan, Heidi Hong Piao. (Richenthal, Daniel) (Entered: 09/27/2018) |
| 09/28/2018 | 864 | ORDER as to John W. Ashe (1), Francis Lorenzo (2), Ng Lap Seng (3), Jeff C. Yin (4), Shiwei Yan (5), Heidi Hong Piao (6) granting 863 LETTER MOTION addressed to Judge Vernon S. Broderick from Assistant United States Attorney Daniel C. Richenthal dated September 27, 2018 re: Adjournment of Government Response to Letter Motion of News Organizations. APPLICATION GRANTED. (Signed by Judge Vernon S. Broderick on 9/28/2018) (ap) (Entered: 09/28/2018) |