UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
THE LAW FIRM OF HUGH H. MO, P.C.,    :
                                     :
                                     :   **ORDER REGULATING**
                                     :   **PROCEEDINGS**
                Plaintiff,           :
                                     :
      v.                             :   20 Civ. 7077 (AKH)
                                     :
                                     :
                                     :
NG LAP SENG.                         :
                                     :
                Defendant.           :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 22, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, production of documents shall be completed by February 19, 2021, deposition of Mr. Hugh Mo shall be conducted beginning in the week of March 15, 2021, and all fact-discovery shall be completed by April 19, 2021. The parties are hereby ordered to appear for a status conference on May 7, 2021, at 10:00 a.m.

        These dates are not adjournable unless upon a showing of good cause.

        SO ORDERED.

Dated:   January 21, 2021              _____/s/_____
         New York, New York            ALVIN K. HELLERSTEIN
                                       United States District Judge