UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
THE LAW FIRM OF HUGH H. MO, P.C.,  :
:
:  **ORDER REGULATING**
:  **PROCEEDINGS**
Plaintiff,  :
:
v.  :  20 Civ. 7077 (AKH)
:
:
:
NG LAP SENG.  :
:
Defendant.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties shall file briefs, by noon, April 30, 2021, on the following two issues:

1.  Plaintiff claims to have a fixed-fee arrangement, and kept no time sheets. When the reasonable value and actual performance of legal services are challenged, can a lawyer recover a fixed fee without proving the services actually performed, and the reasonable value of those services?

2.  When emails are used to carry out professional and business activities, does Rule 34 require production of the actual emails, including attachments and the entire email string, or may a respondent produce physical copies of the records, with attachments to the emails detached, allegedly according to the way they were stored?

SO ORDERED.

Dated:   April 23, 2021              ___/s/_____
         New York, New York          ALVIN K. HELLERSTEIN
                                     United States District Judge