UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
THE LAW FIRM OF HUGH H. MO, P.C.,          :
                                           :
                      Plaintiff,           :     ORDER REGULATING
                                           :     PROCEEDINGS
       v.                                  :
                                           :
NG LAP SENG.                               :     20 Civ. 7077 (AKH)
                                           :
                      Defendant.           :
                                           :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On May 7, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, Defendant shall move for any additional depositions by May 21, 2021, and Plaintiff shall file any opposition by May 28, 2021. The parties are hereby ordered to appear for a status conference on September 10, 2021, at 10:00 a.m.

      These dates are not adjournable unless upon a showing of good cause.

      SO ORDERED.

Dated:    May 7, 2021                   _____/s/_____
           New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge