UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LAW FIRM OF HUGH H. MO, P.C.,  :
:
:  **ORDER REGULATING**
:  **PROCEEDINGS**
Plaintiff,  :
:  20 Civ. 7077 (AKH)
v.  :
:
:
:
NG LAP SENG,  :
:
Defendants.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On September 10, 2022, I held a telephonic status conference in the above-captioned matter, and to address Defendant's motion seeking leave to take third-party depositions and Plaintiff's motion to determine the sufficiency of Defendant's responses to Plaintiff's amended request for admissions.

      Defendant's motion seeking leave to take third-party depositions is granted. Defendant may depose one representative from each law firm that provided services to Defendant in connection with the representation of Ng Lap Seng in the criminal matter. Defendant has 45 days from September 10, 2021 to complete these depositions.

      As to Plaintiff's motion to determine the sufficiency of Defendant's responses to Plaintiff's amended request for admissions, Defendant's objections to Requests 1, 2, 4-10, and 18-20 are denied, and Plaintiff's motion is granted to that extent. Defendant shall file its answers, fully complying with R. 36, Fed. R. Civ. P., by September 24, 2021.

      The Clerk shall terminate ECF documents 37 and 42.

      The parties are hereby ordered to appear for a status conference on November 19, 2021 at 10:00 a.m., which will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than November 17, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   September 13, 2021              /s/ Alvin K/ Hellerstein
         New York, New York             ALVIN K. HELLERSTEIN
                                        United States District Judge