**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE LAW FIRM OF HUGH H. MO, P.C.,

                Plaintiff,

  -against-                            20 **CIVIL** 7077 (AKH)

**JUDGMENT**

NG LAP SENG a/k/a DAVID NG,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated December 1, 2022, judgment is entered in favor of The Law Firm of Hugh H. Mo in the amount of $1,900,000 with interest from September 12, 2018, the day K&E received the Cash Bail Funds, in the amount of $319,261.42, plus costs to be taxed by the Clerk. Judgment also dismisses the counterclaims alleged against The Law Firm of Hugh H. Mo and against Hugh H. Mo, and tax any additional costs; accordingly, the case is closed.

**Dated:**  New York, New York

      December 8, 2022

                                                   **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                          **BY:**     *K. Mango*

                                                    **Deputy Clerk**